**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**RICHARD DAVIS,**

        **Plaintiff,**        **CIVIL ACTION NO. 08-CV-14552-DT**

  **VS.**                       **DISTRICT JUDGE MARIANNE O. BATTANI**

**GLADWIN, COUNTY OF,**     **MAGISTRATE JUDGE MONA K. MAJZOUB**
**et al.,**
        **Defendants.**
_____/

**OPINION AND ORDER DENYING PLAINTIFF'S**
**MOTION FOR PROTECTIVE ORDER**

      This matter comes before the Court on Plaintiff's Motion for Protective Order filed on March 4, 2009. (Docket no. 25). Defendants have responded to this motion. (Docket no. 28). All pretrial matters have been referred to the undersigned for decision. (Docket no. 4). The Court dispenses with oral argument pursuant to E.D. Mich. LR 7.1(e). Plaintiff's motion is now ready for ruling.

      This is a prisoner civil rights action. Defendants served on Plaintiff their First Set of Interrogatories and First Set of Request for Admissions on January 22, 2009. (Docket no. 28-2 at 1). Apparently in response to these discovery requests, Plaintiff filed a Motion for Protective Order on March 4, 2009. (Docket no. 25). Plaintiff states in his motion that he is moving under "Rule 309" and that his objections are based on "the relevancy of Defendants [sic] information." (*Id.*). Plaintiff further states that he "is not the accuse." (*Id.*).

      Pursuant to Fed. R. Civ. P. 26(c), this Court may grant a motion for protective order for "good cause." The objecting party must specifically establish the nature of any basis to support granting the motion, usually by affidavit or other reliable evidence. *State Farm Mut. Auto. Ins. Co. v. Pain and Injury Rehabilitation Clinic, Inc*., 2008 WL 2605206 (E.D. Mich. June 30, 2008).

Plaintiff fails to identify the specific discovery requests he is objecting to and fails to explain why he believes the requests are not relevant to the claims and defenses of this action. Therefore, Plaintiff has failed to show good cause to support granting his motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Protective Order (docket no. 25) is **DENIED**.

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: March 16, 2009         s/ Mona K. Majzoub
                              MONA K. MAJZOUB
                              UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I hereby certify that a copy of this Opinion and Order was served upon Richard Davis and Counsel of Record on this date.

Dated: March 16, 2009         s/ Lisa C. Bartlett
                              Courtroom Deputy

2