Plaintiff was required to respond to these discovery requests within 30 days after service. Fed. R. Civ. P. 33(b)(2), 34(b)(2)(A).  Plaintiff failed to respond within that period.  Because Plaintiff also did not respond to Defendants' motion, the motion is unopposed.  By not filing any proper objections during the response period, Plaintiff has waived any objections to the discovery. The Court will therefore grant Defendants' Motion to Compel.

**Plaintiff's failure to comply with this Order may result in the dismissal of this action with prejudice.**

**IT IS THEREFORE ORDERED** that Defendants' Motion to Compel (docket no. 52) is **GRANTED**.  Plaintiff shall on or before August 26, 2009 submit to Defendants' counsel full and complete responses, without objection, to Defendants' Interrogatories and Requests for Production of Documents served on April 1, 2009.

### NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: August 11, 2009         s/ Mona K. Majzoub
                               MONA K. MAJZOUB
                               UNITED STATES MAGISTRATE JUDGE

### PROOF OF SERVICE

I hereby certify that a copy of this Opinion and Order was served upon Richard Davis and Counsel of Record on this date.

Dated: August 11, 2009         s/ Lisa C. Bartlett
                               Courtroom Deputy