**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RICHARD DAVIS,

      Plaintiff,                                 Case No. 08-14552

                                              Hon. Marianne O. Battani

v.

                                              Magistrate Judge Mona K. Majzoub

COUNTY OF GLADWIN, et al.,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff, Richard Davis, filed a complaint alleging that Defendants violated his constitutional rights. The Court subsequently referred this matter to Magistrate Judge Mona K. Majzoub for all pretrial proceedings pursuant to 28 U.S.C. § 636(b).

On June 22, 2010, the Magistrate Judge recommended that the Court dismiss Plaintiff's claims with prejudice as to all Defendants for failure to prosecute this action. See Doc. No. 67. The Magistrate Judge informed the parties that objections to the R&R must be filed within fourteen days of service and that a party's failure to file objections would waive any further right of appeal. See R&R at 5; 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2).

Because no objection has been filed in this case, the parties waived their right to review and appeal. Accordingly, the Court **ADOPTS** the Report and Recommendation, and **DISMISSES** Plaintiff's Complaint with prejudice in its entirety.

**IT IS SO ORDERED.**

                                        s/Marianne O. Battani
                                        MARIANNE O. BATTANI
                                        UNITED STATES DISTRICT JUDGE

DATED: July 27, 2010

## CERTIFICATE OF SERVICE

    Copies of this Order were served upon Plaintiff and counsel of record on this date by ordinary mail U.S. Mail and/or electronic filing.

                                        s/Bernadette M. Thebolt
                                        Case Manager